|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **JS-6** |

### CIVIL MINUTES -- GENERAL

| Case No. | **CV 23-333-JFW(AGRx)** | Date: June 20, 2023 |
|---|---|---|
| Title: | Elizabeth Arellano, et al. -v- Shaffer Enterprise LLC, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

      As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of May 1, 2023, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for July 3, 2023, is **VACATED**. See Fed. R. Civ. P. 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

      IT IS SO ORDERED.